**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LONNIE RAY GILBERT, JR.,**                                                              **PLAINTIFF**
**# 187378**

**VS.**                                   **4:23-CV-00838-BRW-JTK**

**PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.**                                                      **DEFENDANTS**

## ORDER

 I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.   After carefully considering Mr. Gilbert's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

 IT IS, THEREFORE, ORDERED THAT:

 1. This action is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

 2. I recommend that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).

 3. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

 Dated this 16th day of November, 2023.

         BILLY ROY WILSON

         _____
         UNITED STATES DISTRICT JUDGE